ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KING, STEFAN ERIK | ) | Case No. 2:05-bk-06138-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor. | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ANTHONY H. MASON, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10114 | 12/6/10 | Jane Elizabeth Ostrander<br>680 Mis Avenue Apt 6-J<br>Hamden, CT 06514 | $7,747.77 |
| N/a | N/a | Jane Elizabeth Ostrander<br>680 Mix Avenue Apt 6-J<br>Hamden, CT 60514 | $13.45[1] |

---

1 This sum represents payment due to this Creditor, but not previously issued, as a result of additional interest accrued since the preparation of the Trustee's Final Report.

-1-

| | |
|---|---|
| 1 | The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code |
| 2 | directing the Trustee to pay over the amount of $7,761.22 to the Clerk of the Court to be deposited |
| 3 | in the Registry thereof. |
| 4 | DATED this 20th day of April 2011. |
| 5 | |
| 6 | /s/ Anthony H. Mason<br>ANTHONY H. MASON, TRUSTEE |

-2-